

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:    01-12-00902-CR and 01-12-00903-CR

Trial Court Cause
Number:    1271999 and 1272000

Style:    Michael Gregory Petty

    **v** The State of Texas

Date motion filed[*]:    April 8, 2013

Type of motion:    Extension of Time to File Appellant's Brief

Party filing motion:    Appellant

Document to be filed:    Appellant's Brief

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

    Original due date:    February 7, 2013

    Number of previous extensions granted:    1, due date April 8, 2013

    Date Requested:    May 8, 2013

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due: <u>May 8, 2013</u>

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: <u>/s/ Laura C. Higley</u>

        ☒ Acting individually    ☐ Acting for the Court

Panel consists of <u>Chief Justice Radack and Justices Higley, and Brown</u>

Date: <u>April 12, 2013</u>